United States District Court
Southern District of Texas
**ENTERED**
November 24, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TRACY JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-25-4423 |
| | § | |
| HARRIS COUNTY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM AND ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION**

This court has reviewed the Memorandum and Recommendation of United States Magistrate Judge Peter Bray, (Docket Entry No. 94), on the motion for reconsideration, (Docket Entry No. 92), and the plaintiff's objections to the Memorandum and Recommendation, (Docket Entry Nos. 97, 98, 99), and made a *de novo* determination. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).

Judge Bray's detailed and thorough Memorandum and Recommendation, (Docket Entry No. 94), recommended denying the motion for reconsideration, (Docket Entry Nos. 92). Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation, (Docket Entry No. 94), as this court's Memorandum and Order.

Judge Bray held that "Johnson does not establish a basis for the court to reconsider its judgment under Rule 59(e)" and that Johonson "fail[s] to show that she is entitled to relief from the judgment under Rule 60." (Docket Entry No. 94 at 2–3 (reasoning that "Johnson fails to demonstrate that the court's judgment constitutes a manifest error of law"; that Johnson "does not identify a[] mistake, new evidence, or . . . other legal or factual reason that . . . warrant[s] relief"; and that Johnson "does not show that her pleading deficiencies could be cured")).

The objections do not lead to a different result. Johnson argues that there are several manifest errors, (Docket Entry No. 98 at 4–12); that the first amended complaint contains a "page-sequencing discrepancy," (*id.* at 12–13); that an appellate opinion caused her "[e]motional distress," (*id.* at 13); and that, *inter alia*, the court should take "judicial notice of the procedural unfairness" in this case, (Docket Entry No. 99 at 5). Johnson's objections do not meet the standard for relief under "Rules 59(e) and 60(b)," which as she acknowledges, "are extraordinary post-judgment remedies." (*Compare* Docket Entry No. 98 at 2, *with* Docket Entry Nos. 97, 98, 99).

Johnson's objections are overruled. The court adopts the Memorandum and Recommendation, (Docket Entry No. 94), as this court's Memorandum and Order. The motion for reconsideration, (Docket Entry No. 92, is denied.

SIGNED on November 18, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge